428 A.2d 672

Commonwealth ex rel., Miller v. Montgomery, Appellant.

Submitted November 16, 1979. George Retos, Jr., for appellant; Rachel Miller, appellee, in propria persona.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

The order of the lower court is affirmed.